FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN - 5 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ELIZABETH HUGHES SCHNEEWIND,

                                      Plaintiff,

-against-

THE CITY OF NEW YORK, THE DEPARTMENT FOR THE AGING OF THE CITY OF NEW YORK, HON. LILLIAN BARRIOS-PAOLI, in her Official Capacity and as Commissioner of the Department for the Aging, and RESERVE, Inc.,

                                      Defendants.
-------------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

12-CV-0147 (NG)(RML)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that pursuant to Federal Rule of Civil Procedure 41(a)(1), the captioned action is dismissed with prejudice as to all defendants.

Dated: New York, New York
May ___, 2012

| LAW OFFICES OF JANICE GOODMAN<br>Attorney for Plaintiff<br>350 Seventh Avenue, Suite 1800<br>New York, New York 10001<br>(212) 802-0055<br><br>By: _____<br>    Janice Goodman | | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>  City of New York<br>Attorney for Defendants The City of New York, Department of Aging of the City of New York, and Lilliam Barrios-Paoli<br>100 Church Street, Room 2-197<br>New York, New York 10007<br>(212) 788-0781<br><br>By: _____<br>    Eamonn F. Foley<br>    Assistant Corporation Counsel |
|---|---|---|
| | | FOLEY & LARDNER LLP<br>Attorneys for Defendant ReServe, Inc.<br>60 Park Avenue<br>New York, New York 10016-1314<br>(212) 682-7474<br><br>By: _____<br>    Jeremy Wallison |

SO ORDERED:

_____s/NG_____
U.S.D.J.

6-1-12

- 2 -